CHRISTOPHER DOUGLAS
REG. NO. 19750-035
FCI FORREST CITY MEDIUM
FEDERAL CORR. INSTITUTION
P.O. BOX 3000
FORREST CITY, AR 72336

RECEIVED
MAR 1 8 2021
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

February ___, 2021

Mr. Tony R. Moore
Clerk of Court
Western District of Louisiana
Tom Stagg United States Court House
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101

      RE:   *Douglas v. United States*
             Civil No. 5:21-cv-_____
             Crim Nos. 5:17-cr-00070-EEF-MLH-1;
                             5:16-cr-00157-EEF-MLH-1

Dear Mr. Moore:

    Enclosed please find and accept for filing Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and Memorandum of Law in Support thereof. Please submit these documents to the Court.

    Thank you for your assistance in this matter.

                                                        Sincerely,

                                                        */s/ Christopher L. Douglas*
                                                        CHRISTOPHER DOUGLAS
                                                        Appearing *Pro Se*

*Encl. as noted*